UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONNY SUGGS,

        Plaintiff,                   No. 06-CV-13931-DT

vs.                                             Hon. Gerald E. Rosen

MICHIGAN DEPARTMENT OF
CORRECTIONS OFFICER CABALLERO,

        Defendant.
_____/

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION AND DENYING PLAINTIFF'S RULE 60(b)
<u>MOTION FOR RELIEF FROM JUDGMENT</u>

        At a session of said Court, held in the
        U.S. Courthouse, Detroit, Michigan
        on    May 10, 2007

        PRESENT: Honorable Gerald E. Rosen
                          United States District Judge

This Section 1983 prisoner civil rights matter having come before the Court on the February 16, 2007 Report and Recommendation of United States Magistrate Judge Virginia M. Morgan recommending that the Court deny Plaintiff Ronny Suggs's Fed. R. Civ. P. 60(b) Motion for Relief From Judgment finding that this Court lacks authority to grant Plaintiff relief from a judgment entered by another court;[1] and no timely objections having been filed; and the Court having reviewed the Magistrate Judge's Report and Recommendation, and the

---

[1] Plaintiff Suggs seeks relief from a judgment entered by the Hon. Gordon J. Quist of the United States District Court for the Western District of Michigan.

Court's entire file of this action, and having concluded that, for the reasons stated in the Report and Recommendation, Plaintiff's motion for relief from judgment should be denied, and the Court being otherwise fully advised in the premises,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation of February 16, 2007 be, and hereby is, adopted by this Court.

IT IS FURTHER ORDERED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation, Plaintiff's Motion for Relief from Judgment is DENIED.

                    s/Gerald E. Rosen
                    Gerald E. Rosen
                    United States District Judge

Dated: May 10, 2007

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 10, 2007, by electronic and/or ordinary mail.

                    s/LaShawn R. Saulsberry
                    Case Manager